Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert Dow, Jr. | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 9864 | **DATE** | 12/14/2012 |
| **CASE TITLE** | Oakley Inc. Vs. Does 1- 100 | | |

**DOCKET ENTRY TEXT**

MOTION by Plaintiff Oakley, Inc. for temporary restraining order , MOTION by Plaintiff Oakley, Inc. for Entry of a Domain Name Transfer Order, Asset Restraining Order, Expedited Discovery Order, and Service of Process by Email and Electronic Publication Order [6] is granted. MOTION by Plaintiff Oakley, Inc. for leave to file excess pages [7] is granted. **MOTION by Plaintiff Oakley, Inc. to seal documents [8] is granted**. The following documents are ordered sealed: (1) Schedule A attached to the Complaint, which includes a list of the Defendant Domain Names, domain name registration information and marketplace accounts; and (2) WHOIS information for the Defendant Domain Names and printouts of linked websites and marketplace accounts (Exhibits 1 and 2 to the Declaration of Adrian Punderson).

00:5

U.S. DISTRICT COURT
CLERK
2012 DEC 14 PM 1: 57

| | Courtroom Deputy Initials: | TBK |
|---|---|---|